Aadvantage World Mastercard - Citibank
Citibank Customer Service
P.O. Box 6500
Sioux Falls, SD 57117-6500


Advocate Condell Medical Center
P.O. Box 6572
Carol Stream, IL 60197-6572


Allied Interstate
Consumer Service Department
P.O. Box 361477
Columbus, OH 43236


Amcore Bank
1620 S Milwaukee Ave
Vernon Hills, IL 60061


American Express
P.O. Box 981537
El Paso, TX 79998


Asset Acceptance LLC
P.O. Box 1630
Warren, MI 48090-1630


Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046


AT&T Midwest
c/o CBCS
P.O. Box 69
Columbus, OH 43216


Aurora Loan Services
2617 College Park
Scottsbluff, NE 69361

Autovest, L.L.C.
P.O. Box 2247
Southfield, MI 48037-2247


Bank of America Home Loans
P.O. Box 650070
Dallas, TX 75265-0070


Brandon Kolaski
1715 Glenview Road
Glenview, IL 60025


Budzik & Dynia, LLC
4849 N Milwaukee Avenue
Suite 801
Chicago, IL 60630


Care Credit/GEMB
P.O. Box 981439
El Paso, TX 79998


Chase
c/o Plaza Associates
JAF Station, P.O. Box 2769
New York, NY 10116-2769


Chase - Pier 1
P.O. Box 15298
Wilmington, DE 19850


Chase Bank
c/o Client Services
3451 Harry Truman Blvd
St. Charles, MO 63301-4047


Chase BP
P.O. Box 15298
Wilmington, DE 19850

Citibank CBSD NA
701 E 60th St N
Sioux Falls, SD 57104

Citimortgage
P.O. Box 9438 Dept O
Gaithersburg, MD 20898-9438

City of Harvard
P.O. Box 310
Harvard, IL 60033-0310

CMS/E-Trade Bank
101 Crossways Park
Woodbury, NY 11797

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Credit Control, LLC
5757 Phantom Dr Ste 330
Hazelwood, MO 63042

Credit Protection Association
P.O. Box 802068
Dallas, TX 75380

Creditors Financial Group, LLC
3131 South Vaughn Way Ste. 110
Aurora, CO 80014

Discover Card
P.O. Box 3008
New Albany, OH 43054-3008

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850-5316


Dish Network
Dept. 0063
Palatine, IL 60055


Elliott Pollock
111 W Washington
Chicago, IL 60602


Encore
P.O. Box 1880
Southgate, MI 48195-0880


Equable Ascent Financial
1120 W Lake Cook Rd
Suite B
Buffalo Grove, IL 60089


ER Solutions
P.O. Box 9004
Renton, WA 98057-9004


Exxon Mobil/Citibank
Credit Bureau Disp
P.O. Box 6497
Sioux Falls, SD 57117-6497


FFCC-Columbus
P.O. Box 20790
Columbus, OH 43220


Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

First Source Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Franklin Collection Service
P.O. Box 3910
Tupelo, MS 38803


Franklin Collection Svc
2978 W Jackson
Tupelo, MS 38803


GEMB/JCP
P.O. Box 981402
El Paso, TX 79998


HSBC Saks Fifth Avenue
P.O. Box 15521
Wilmington, DE 19805


IHP, S.C.
IHC - Libertyville
Emergency Physicians
P.O. Box 3261
Milwaukee, WI 53201


Infinity Healthcare
111 E. Wisconsin Ave.
Suite 2100
Milwaukee, WI 53202


Infinity Healthcare
Red Hills Emergency Phys
111 E Wisconsin Ave.
Suite 2100
Milwaukee, WI 53202


Infinity Healthcare Phys., SC
c/o Pendrick Capital Partners
Virtuoso Sourcing Group
P.O. Box 5818
Denver, CO 80217-5818

Infinity Healthcare Physicians
c/o Kenosha Emergency Physcians, LLC
P.O. Box 3261
Milwaukee, WI 53201-3261


J.C. Christensen and Associates, Inc.
P.O. Box 519
Sauk Rapids, MN 56379


James Martin
c/o Barbara Martin
807 Oceola Dr
Algonquin, IL 60102


JP Morgan/Chase Bank
P.O. Box 260180
Baton Rouge, LA 70826


Keynote Consulting
220 W Campus Dr
Suite 102
Arlington Heights, IL 60004


Kovitz Shifrin Nesbit
750 Lake Cook Road, Suite 350
Buffalo Grove, IL 60089


Lake County Head & Neck
222 S Greenleaf St., #106
Gurnee, IL 60031


Lake Shore Pathologists, S.C.
520 E 22nd St
Lombard, IL 60148


LVNV Funding LLC
P.O. Box 10584
Greenville, SC 29603

Marathon Ashland
539 S Main Street
Findlay, OH 45840


Marathon Ashland Petro
539 S Main Street
Findlay, OH 45840-3229


MDC Environmental
P.O. Box 673043
Milwaukee, WI 53267-3043


Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265-0783


Nationwide Credit Corp.
5503 Cherokee Ave
Alexandria, VA 22312


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


NCO/Medclear
P.O. Box 17095
Wilmington DE 19850


Nicor Gas
P.O. Box 8350
Aurora, IL 60507-8350


Nicor Gas
c/o Harris & Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654

North Shore University Health System
23056 Network Place
Chicago, IL 60673-1230


Northland Group
P.O. Box 390905
Minneapolis, MN 55439


Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225-1943


Oliver Adjustment Co
3416 Roosevelt Rd
Kenosha, WI 53142


Oliver Adjustment of Kenosha
3416 Roosevelt Rd
Kenosha, WI 53142


Orchard Medical Center
543 Orchard St.
Antioch, IL 60002


Paragon Way Inc.
7500 Rialto Blvd
Bldg 1 Ste 100
Austin, TX 78735


Pentagroup Financial
3065 Union Road
Orchard Park, NY 14127


PFG of Minnesota
7825 Washington Ave. S
Suite 310
Minneapolis, MN 55439-2409

Pierce & Associates
Suite 1300
1 North Dearborn
Chicago, IL 60602


Professional Account Services
7100 Commerce Way, Ste. 100
Brentwood, TN 37027


PRS
509 Mercy Ave
Panama City, FL 32401


Quest Diagnostics
c/o Credit Collection Services
Two Wells Avenue
Newton, MA 02459


Receivable Management Services
240 Emery Street
Bethlehem, PA 18015


Redflex Traffic Systems
c/o PennCredit
916 S 14th St
P.O. Box 988
Harrisburg, PA 17108-0988


Redline Recovery
11675 Rainwater Dr., Suite 350
Alpharetta, GA 30009-8693


Resurgent Capital Services
P.O. Box 10497
Greenville, SC 29603


Sallie Mae
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

Sears/CBSD
701 E 60th St N
P.O. Box 6241
Sioux Falls, SD 57117


Thomas Chapman, CPA
461 N Mulford Rd. #2
P.O. Box 6247
Rockford, IL 61125-9977


United Hospital System
6308 8th Ave
Kenosha, WI 53143


Vantage Sourcing
P.O. Box 6786
Dothan, AL 36302


Verizon Wireless
P.O. Box 26055
Minneapolis, MN 55426


Vista Medical Center
1324 N Sheridan Rd
Waukegan, IL 60085


Vista Medical Center East
1324 N Sheridan Road
Waukegan, IL 60085


Waste Management Residential
P.O. Box 509
4836 Brecksville Rd
Richfield, OH 44286


Waukegan Clinic Corp.
1501 E Mockingbird, Ste. 425
Victoria, TX 77904-4119

Wells Fargo Auto Finance
MAC 4031-080
800 Walnut Street
Des Moines, IA 50309


Wells Fargo Card Service
P.O. Box 5445
Portland, OR 97228


West Asset Management
2703 N Highway 75
Sherman, TX 75090


Windmill Creek Units 2 & 3 HOA
c/o BP Mgt. Services, Inc.
P.O. Box 9
Belvidere, IL 61008

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                      Bankruptcy Case Number: _____

**Paul S Heyer**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____


The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Dated:  **8/25/2011**_____          **s/ Paul S Heyer**_____
                                               **Paul S Heyer**
                                                             Debtor

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Heyer, Paul, S** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **8320** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>**27 Netherlands**<br>**Antioch, IL**<br>ZIP CODE **60002** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Paul S Heyer** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  **s/Christopher J. Fekete**            **8/25/2011** |
| | Signature of Attorney for Debtor(s)      Date |
| | **Christopher J. Fekete**            **06241821** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| |
| (Name of landlord that obtained judgment) |
| |
| (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Paul S Heyer |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X **s/ Paul S Heyer**

Signature of Debtor   **Paul S Heyer**

X **Not Applicable**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**8/25/2011**

Date

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **s/Christopher J. Fekete**

Signature of Attorney for Debtor(s)

**Christopher J. Fekete  Bar No.  06241821**

Printed Name of Attorney for Debtor(s) / Bar No.

**Christopher J. Fekete**

Firm Name

**226 N Martin Luther King Jr. Ave. Waukegan, IL 60085**

Address

**847-599-3057**

Telephone Number

**8/25/2011**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re   **Paul S Heyer** _____   Case No. _____
                    Debtor                                        *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Paul S Heyer**

**Paul S Heyer**

Date:   **8/25/2011**

**B6A (Official Form 6A) (12/07)**

In re:  **Paul S Heyer**                                             Case No. _____

                    **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **27 Netherlands Antioch, IL 60002** | **Fee Owner** | | **$ 167,900.00** | **$ 234,194.00** |
| | | Total ➢ | $ 167,900.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Paul S Heyer** _____ ,   Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | | **25.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Great Lakes Credit Union checking account** | | **150.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Great Lakes Credit Union savings account** | | **50.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household goods, furniture, computers, TV's, exercise equipment** | | **1,735.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | | **200.00** |
| 7. Furs and jewelry. | | **Class ring** | | **400.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **E-Trade IRA account** | | **25.00** |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Paul S Heyer**                                                    ,          Case No. _____
         Debtor                                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 Ford Ranger** | | **200.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Ford Explorer** | | **825.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Yamaha Virago 750 motorcycle** | | **300.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **Paul S Heyer**                                                    ,          Case No. _____

_____                                      (If known)
                          **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

      __2__   continuation sheets attached                    Total   ›          **$   3,910.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

In re  **Paul S Heyer** _____,          Case No. _____
                              Debtor                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                      $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1988 Ford Ranger | 735 ILCS 5/12-1001(c) | 200.00 | 200.00 |
| 1996 Ford Explorer | 735 ILCS 5/12-1001(c) | 825.00 | 825.00 |
| 1996 Yamaha Virago 750 motorcycle | 735 ILCS 5/12-1001(c) | 300.00 | 300.00 |
| Cash on hand | 735 ILCS 5/12-1001(b) | 25.00 | 25.00 |
| Class ring | 735 ILCS 5/12-1001(b) | 400.00 | 400.00 |
| E-Trade IRA account | 735 ILCS 5/12-1006 | 0.00 | 25.00 |
| Great Lakes Credit Union checking account | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| Great Lakes Credit Union savings account | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| Misc. household goods, furniture, computers, TV's, exercise equipment | 735 ILCS 5/12-1001(b) | 1,735.00 | 1,735.00 |
| Wearing apparel | 735 ILCS 5/12-1001(a),(e) | 0.00 | 200.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re   **Paul S Heyer**                                                    .        Case No. _____

                          **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **200439** | | | **05/01/2007** **First Lien on Residence** **27 Netherlands** **Antioch, IL 60002** | | | | 234,194.00 | 66,294.00 |
| **Citimortgage** **P.O. Box 9438 Dept O** **Gaithersburg, MD 20898-9438** | | | | | | | | |
| **Nationstar Mortgage** **P.O. Box 650783** **Dallas, TX 75265-0783** | | | **VALUE $167,900.00** | | | | | |
| **Pierce & Associates** **Suite 1300** **1 North Dearborn** **Chicago, IL 60602** | | | | | | | | |

<u>0</u>    continuation sheets
        attached

                                      Subtotal  ➢                                      | $ | 234,194.00 | $ | 66,294.00 |
                                      (Total of this page)

                                      Total  ➢                                         | $ | 234,194.00 | $ | 66,294.00 |
                                      (Use only on last page)

                                      (Report also on Summary of   (If applicable, report
                                      Schedules)                    also on Statistical
                                                                    Summary of Certain
                                                                    Liabilities and
                                                                    Related Data.)

B6E (Official Form 6E) (4/10)

In re  **Paul S Heyer**                                                    Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Paul S Heyer**                                               Case No. _____

_____                                              (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **GRN10017309**<br>**Redflex Traffic Systems**<br>**c/o PennCredit**<br>**916 S 14th St**<br>**P.O. Box 988**<br>**Harrisburg, PA 17108-0988** | | | **12/23/2010**<br>**Photo Enforcement Citation**<br>**Dilleys Rd and Grand Avenue** | | | | **125.00** | **125.00** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ **125.00** | $ **125.00** | $ **0.00** |
| Total  ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **125.00** | | |
| Total  ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **125.00** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Paul S Heyer**                                      Case No. _____
_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Aadvantage World Mastercard - Citibank**<br>**Citibank Customer Service**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117-6500**<br><br>**Northland Group**<br>**P.O. Box 390905**<br>**Minneapolis, MN 55439**<br><br>**Associated Recovery Systems**<br>**P.O. Box 469046**<br>**Escondido, CA 92046**<br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | credit card | | | | 8,323.23 |
| ACCOUNT NO.   **805996279**<br><br>**Advocate Condell Medical Center**<br>**P.O. Box 6572**<br>**Carol Stream, IL 60197-6572** | | | 04/24/2011<br>medical bill | | | | 551.25 |
| ACCOUNT NO.<br><br>**Amcore Bank**<br>**1620 S Milwaukee Ave**<br>**Vernon Hills, IL 60061** | | | overdraft protection | | | | 1,475.00 |

_16_   Continuation sheets attached

Subtotal ➤ | $  **10,349.48**

Total ➤ | $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul S Heyer**                                          Case No. _____
                        ―――――――――――――――――――――
                                    Debtor                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **349991437819**<br><br>**American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | | | **05/01/2000**<br><br>**credit card** | | | | **1,279.00** |
| ACCOUNT NO.   **847-8381243169**<br><br>**AT&T Midwest**<br>**c/o CBCS**<br>**P.O. Box 69**<br>**Columbus, OH 43216**<br><br>**Franklin Collection Service**<br>**P.O. Box 3910**<br>**Tupelo, MS 38803** | | | **phone bill** | | | | **148.39** |
| ACCOUNT NO.   **364004637**<br><br>**Aurora Loan Services**<br>**2617 College Park**<br>**Scottsbluff, NE 69361** | | | **04/01/2007**<br><br>**102 Lincoln, foreclosed** | | | | **147,250.00** |
| ACCOUNT NO.<br><br>**Bank of America Home Loans**<br>**P.O. Box 650070**<br>**Dallas, TX 75265-0070** | | | **deficiency balance after short sale of**<br>**102 Lincoln St., Harvard, IL** | **X** | | **X** | **191,000.00** |

Sheet no. <u>1</u> of <u>16</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                **339,677.39**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul S Heyer**                                          Case No. _____
                              Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Brandon Kolaski**<br>**1715 Glenview Road**<br>**Glenview, IL 60025** | | | chiropractor | | | | **3,000.00** |
| ACCOUNT NO.  **601918030166**<br>**Care Credit/GEMB**<br>**P.O. Box 981439**<br>**El Paso, TX 79998**<br><br>**Equable Ascent Financial**<br>**1120 W Lake Cook Rd**<br>**Suite B**<br>**Buffalo Grove, IL 60089**<br><br>**Credit Control, LLC**<br>**5757 Phantom Dr Ste 330**<br>**Hazelwood, MO 63042**<br><br>**Creditors Financial Group, LLC**<br>**3131 South Vaughn Way Ste. 110**<br>**Aurora, CO 80014** | | | 05/01/2008<br>credit card | | | | **1,467.00** |
| ACCOUNT NO.  **-7922**<br>**Chase**<br>**c/o Plaza Associates**<br>**JAF Station, P.O. Box 2769**<br>**New York, NY 10116-2769** | | | credit card | | | | **49.61** |

Sheet no.  2 of 16 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **4,516.61**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul S Heyer**                                                    Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **588896420173** <br><br> **Chase - Pier 1** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | | 10/01/2007 <br><br> credit card | | | | 303.00 |
| ACCOUNT NO. **012352793** <br><br> **Chase Bank** <br> **c/o Client Services** <br> **3451 Harry Truman Blvd** <br> **St. Charles, MO 63301-4047** <br><br> **NCO Financial Systems** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | credit card | | | | 303.50 |
| ACCOUNT NO. **422765102798** <br><br> **Chase BP** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | | 06/01/1998 <br><br> credit card | | | | 283.00 |
| ACCOUNT NO. **546616014065** <br><br> **Citibank CBSD NA** <br> **701 E 60th St N** <br> **Sioux Falls, SD 57104** | | | 06/01/2005 <br><br> credit card | | | | 8,100.00 |

Sheet no. _3_ of _16_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                **8,989.50**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul S Heyer**                                                          Case No. _____
                                          **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Harvard**<br>**P.O. Box 310**<br>**Harvard, IL 60033-0310** | | | **water bill** | | | | **742.50** |
| ACCOUNT NO.  **451237100103**<br>**CMS/E-Trade Bank**<br>**101 Crossways Park**<br>**Woodbury, NY 11797** | | | **03/01/06**<br>**credit card** | | | | **10,569.00** |
| ACCOUNT NO.<br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002**<br><br>**Credit Protection Association**<br>**P.O. Box 802068**<br>**Dallas, TX 75380** | | | **cable tv** | | | | **247.17** |
| ACCOUNT NO.  **-1823**<br>**Discover Card**<br>**P.O. Box 3008**<br>**New Albany, OH 43054-3008** | | | **credit card** | | | | **3,260.12** |

Sheet no.  4  of  16  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟩  $        **14,818.79**

Total  ⟩  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul S Heyer**                                          Case No. _____
                          _____
                              **Debtor**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6011007750729278** | | | 05/01/2003 | | | | 6,413.00 |
| **Discover Financial Services** **P.O. Box 15316** **Wilmington, DE 19850-5316** **Northstar Location Services, LLC** **4285 Genesee Street** **Cheektowaga, NY 14225-1943** **PRS** **509 Mercy Ave** **Panama City, FL 32401** **Encore** **P.O. Box 1880** **Southgate, MI 48195-0880** | | | credit card | | | | |
| ACCOUNT NO. | | | | | | | 52.41 |
| **Dish Network** **Dept. 0063** **Palatine, IL 60055** | | | utility | | | | |
| ACCOUNT NO. | | | 02/09/2011 | X | | X | unknown |
| **Elliott Pollock** **111 W Washington** **Chicago, IL 60602** | | | attorney's fees | | | | |

Sheet no.  5  of  16  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **6,465.41**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul S Heyer**                                          Case No. _____
                    _____
                                Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **730282218537** | | | 09/01/1994 | | | | 188.00 |
| **Exxon Mobil/Citibank** **Credit Bureau Disp** **P.O. Box 6497** **Sioux Falls, SD 57117-6497** | | | credit card | | | | |
| ACCOUNT NO.  **1034** | | | | | | | 221.00 |
| **FFCC-Columbus** **P.O. Box 20790** **Columbus, OH 43220** | | | medical account | | | | |
| ACCOUNT NO.  **101725** | | | | | | | 90.00 |
| **Franklin Collection Svc** **2978 W Jackson** **Tupelo, MS 38803** | | | AT&T | | | | |

Sheet no.  6 of 16 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $               499.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul S Heyer** _____     Case No. _____
                                    Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6008892487634517**<br><br>**GEMB/JCP**<br>**P.O. Box 981402**<br>**El Paso, TX 79998**<br><br><br>**Paragon Way Inc.**<br>**7500 Rialto Blvd**<br>**Bldg 1 Ste 100**<br>**Austin, TX 78735**<br><br>**Redline Recovery**<br>**11675 Rainwater Dr., Suite 350**<br>**Alpharetta, GA 30009-8693**<br><br>**Pentagroup Financial**<br>**3065 Union Road**<br>**Orchard Park, NY 14127** | | | 02/01/2006<br><br>credit card | | | | 360.00 |
| ACCOUNT NO.  **752773**<br><br>**HSBC Saks Fifth Avenue**<br>**P.O. Box 15521**<br>**Wilmington, DE 19805** | | | 10/01/2008<br><br>credit card | | | | 478.00 |
| ACCOUNT NO.<br><br>**IHP, S.C.**<br>**IHC - Libertyville**<br>**Emergency Physicians**<br>**P.O. Box 3261**<br>**Milwaukee, WI 53201** | | | medical bill | | | | 215.00 |

Sheet no. _7_ of _16_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                 **1,053.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul S Heyer**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **12704448** | | | | | | | 64.40 |
| **Infinity Healthcare**<br>**111 E. Wisconsin Ave.**<br>**Suite 2100**<br>**Milwaukee, WI 53202**<br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044**<br><br>**West Asset Management**<br>**2703 N Highway 75**<br>**Sherman, TX 75090** | | | medical care | | | | |
| ACCOUNT NO. | | | | | | | 494.08 |
| **Infinity Healthcare**<br>**Red Hills Emergency Phys**<br>**111 E Wisconsin Ave.**<br>**Suite 2100**<br>**Milwaukee, WI 53202**<br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | medical bill | | | | |
| ACCOUNT NO.  **4229437** | | | | | | | 236.00 |
| **Infinity Healthcare Phys., SC**<br>**c/o Pendrick Capital Partners**<br>**Virtuoso Sourcing Group**<br>**P.O. Box 5818**<br>**Denver, CO 80217-5818**<br><br>**Nationwide Credit Corp.**<br>**5503 Cherokee Ave**<br>**Alexandria, VA 22312** | | | medical bill | | | | |

Sheet no.  8 of 16 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 794.48

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul S Heyer**                                    Case No. _____
                                                                    (If known)
                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Infinity Healthcare Physicians c/o Kenosha Emergency Physicans, LLC P.O. Box 3261 Milwaukee, WI 53201-3261** | | | 04/24/2011 <br> medical bill | | | | 228.00 |
| ACCOUNT NO. <br><br> **James Martin c/o Barbara Martin 807 Oceola Dr Algonquin, IL 60102** | | | former tenant | | | | 1,500.00 |
| ACCOUNT NO. <br><br> **JP Morgan/Chase Bank P.O. Box 260180 Baton Rouge, LA 70826** | | | credit card | | | | 81.11 |
| ACCOUNT NO.   **1073** <br><br> **Keynote Consulting 220 W Campus Dr Suite 102 Arlington Heights, IL 60004** | | | **Orchard Medical Center** | | | | 103.00 |
| ACCOUNT NO.   **1182** <br><br> **Keynote Consulting 220 W Campus Dr Suite 102 Arlington Heights, IL 60004** | | | **Orchard Medical Center** | | | | 216.00 |

Sheet no. _9_ of _16_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $                    **2,128.11**

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul S Heyer** _____ Case No. _____

_____ Debtor   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Lake County Head & Neck**<br>**222 S Greenleaf St., #106**<br>**Gurnee, IL 60031** | | | **medical bill** | | | | **221.00** |
| ACCOUNT NO.<br><br>**Lake Shore Pathologists, S.C.**<br>**520 E 22nd St**<br>**Lombard, IL 60148** | | | **medical bill** | | | | **97.00** |
| ACCOUNT NO.<br><br>**Marathon Ashland**<br>**539 S Main Street**<br>**Findlay, OH 45840**<br><br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **credit card** | | | | **186.40** |
| ACCOUNT NO.   **380067**<br><br>**Marathon Ashland Petro**<br>**539 S Main Street**<br>**Findlay, OH 45840-3229** | | | **12/01/1986**<br>**credit card** | | | | **592.48** |

Sheet no. _10_ of _16_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **1,096.88**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul S Heyer**                                        Case No. _____
                            _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **195610** <br><br> **MDC Environmental** <br> **P.O. Box 673043** <br> **Milwaukee, WI 53267-3043** | | | **06/09/2010** <br><br> **trash pickup for 102 Lincoln N, Harvard, IL** | | | | **102.07** |
| ACCOUNT NO.   **5487** <br><br> **NCO/Medclear** <br> **P.O. Box 17095** <br> **Wilmington DE 19850** | | | **Infinity Healthcare Phys SC** | | | | **64.00** |
| ACCOUNT NO.   **75925** <br><br> **Nicor Gas** <br> **P.O. Box 8350** <br> **Aurora, IL 60507-8350** | | | **utility** | | | | **370.63** |
| ACCOUNT NO.   **585133819** <br><br> **Nicor Gas** <br> **c/o Harris & Harris** <br> **222 Merchandise Mart Plaza** <br> **Suite 1900** <br> **Chicago, IL 60654** | | | **utility** | | | | **25.19** |
| ACCOUNT NO. <br><br> **North Shore University Health System** <br> **23056 Network Place** <br> **Chicago, IL 60673-1230** | | | **medical bill** | | | | **186.40** |

Sheet no. __11__ of __16__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤ $   **748.29**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul S Heyer**                                                 Case No. _____
                            _____
                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **604**<br><br>**Oliver Adjustment Co**<br>**3416 Roosevelt Rd**<br>**Kenosha, WI 53142** | | | **United Hospital System Inc.** | | | | **583.00** |
| ACCOUNT NO.<br><br>**Orchard Medical Center**<br>**543 Orchard St.**<br>**Antioch, IL 60002** | | | **medical bill** | | | | **146.02** |
| ACCOUNT NO.   **08028703375**<br><br>**Quest Diagnostics**<br>**c/o Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | | | **02/25/2009**<br>**medical bill** | | | | **229.50** |
| ACCOUNT NO.   **94979878481000**<br><br>**Sallie Mae**<br>**P.O. Box 9500**<br>**Wilkes-Barre, PA 18773-9500** | | | **07/01/2005**<br>**student loan** | | | | **33,378.00** |

Sheet no.  12  of  16  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          **34,336.52**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul S Heyer**                                                    Case No. _____
_____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5121071870422890** | | | 01/01/1989 | | | | 945.63 |
| Sears/CBSD 701 E 60th St N P.O. Box 6241 Sioux Falls, SD 57117 | | | credit card | | | | |
| LVNV Funding LLC P.O. Box 10584 Greenville, SC 29603 | | | | | | | |
| Resurgent Capital Services P.O. Box 10497 Greenville, SC 29603 | | | | | | | |
| Financial Recovery Services P.O. Box 385908 Minneapolis, MN 55438-5908 | | | | | | | |
| Budzik & Dynia, LLC 4849 N Milwaukee Avenue Suite 801 Chicago, IL 60630 | | | | | | | |
| J.C. Christensen and Associates, Inc. P.O. Box 519 Sauk Rapids, MN 56379 | | | | | | | |
| ACCOUNT NO. | | | 12/01/2009 | | | | 325.00 |
| Thomas Chapman, CPA 461 N Mulford Rd. #2 P.O. Box 6247 Rockford, IL 61125-9977 | | | | | | | |

Sheet no. 13 of 16 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 1,270.63

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul S Heyer**                                          Case No. _____
                                    **Debtor**                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 583.20 |
| **United Hospital System**<br>**6308 8th Ave**<br>**Kenosha, WI 53143**<br><br>**Oliver Adjustment of Kenosha**<br>**3416 Roosevelt Rd**<br>**Kenosha, WI 53142** | | | medical bill | | | | |
| ACCOUNT NO. | | | | | | | 1,038.73 |
| **Verizon Wireless**<br>**P.O. Box 26055**<br>**Minneapolis, MN 55426**<br><br>**Vantage Sourcing**<br>**P.O. Box 6786**<br>**Dothan, AL 36302**<br><br>**ER Solutions**<br>**P.O. Box 9004**<br>**Renton, WA 98057-9004**<br><br>**Allied Interstate**<br>**Consumer Service Department**<br>**P.O. Box 361477**<br>**Columbus, OH 43236** | | | cell phone | | | | |
| ACCOUNT NO.   28043714900001 | | | 08/01/2004 | | | | 799.00 |
| **Verizon Wireless**<br>**P.O. Box 26055**<br>**Minneapolis, MN 55426**<br><br>**Vantage Sourcing**<br>**P.O. Box 6786**<br>**Dothan, AL 36302** | | | cell phone | | | | |

Sheet no. <u>14</u> of <u>16</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $                    2,420.93

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul S Heyer**                                                     Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Vista Medical Center**<br>**1324 N Sheridan Rd**<br>**Waukegan, IL 60085** | | | medical bill<br>judgment | | | | **1,132.00** |
| ACCOUNT NO.<br><br>**Vista Medical Center East**<br>**1324 N Sheridan Road**<br>**Waukegan, IL 60085**<br><br>**Professional Account Services**<br>**7100 Commerce Way, Ste. 100**<br>**Brentwood, TN 37027**<br><br>**First Source Advantage, LLC**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | | | medical bill | | | | **755.10** |
| ACCOUNT NO.   **403910532-WM**<br><br>**Waste Management Residential**<br>**P.O. Box 509**<br>**4836 Brecksville Rd**<br>**Richfield, OH 44286**<br><br>**Receivable Management Services**<br>**240 Emery Street**<br>**Bethlehem, PA 18015** | | | garbage pick up | | | | **71.36** |
| ACCOUNT NO.<br><br>**Waukegan Clinic Corp.**<br>**1501 E Mockingbird, Ste. 425**<br>**Victoria, TX 77904-4119** | | | medical bill | | | | **234.00** |

Sheet no. __15__ of __16__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **2,192.46**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul S Heyer**                                                           Case No. _____

_____
                        Debtor                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5023740316583** | | | | | | | **6,495.57** |
| **Wells Fargo Auto Finance MAC 4031-080 800 Walnut Street Des Moines, IA 50309**<br><br>**PFG of Minnesota 7825 Washington Ave. S Suite 310 Minneapolis, MN 55439-2409**<br><br>**Autovest, L.L.C. P.O. Box 2247 Southfield, MI 48037-2247** | | | **deficiency balance on repossessed 2002 Mercury Sable** | | | | |
| ACCOUNT NO.  **414718039050** | | | 04/01/1998 | | | | **16,626.00** |
| **Wells Fargo Card Service P.O. Box 5445 Portland, OR 97228**<br><br>**Asset Acceptance LLC P.O. Box 1630 Warren, MI 48090-1630** | | | credit card | | | | |
| ACCOUNT NO. | | | | | | | **2,215.22** |
| **Windmill Creek Units 2 & 3 HOA c/o BP Mgt. Services, Inc. P.O. Box 9 Belvidere, IL 61008**<br><br>**Kovitz Shifrin Nesbit 750 Lake Cook Road, Suite 350 Buffalo Grove, IL 60089** | | | **HOA fees** | | | | |

Sheet no.  16  of  16  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >   $              **25,336.79**

Total    >   $              **456,694.27**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**Christopher J. Fekete   06241821**
**Christopher J. Fekete**
**226 N Martin Luther King Jr. Ave.**
**Waukegan, IL 60085**

**847-599-3057**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Eastern Division

In Re:
Debtor:  **Paul S Heyer**
Social Security Number:  **8320**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **1. Aadvantage World Mastercard - Citibank**<br>**Citibank Customer Service**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117-6500** | **Unsecured Claims** | **$ 8,323.23** |
| **2. Advocate Condell Medical Center**<br>**P.O. Box 6572**<br>**Carol Stream, IL 60197-6572** | **Unsecured Claims** | **$ 551.25** |
| **3. Amcore Bank**<br>**1620 S Milwaukee Ave**<br>**Vernon Hills, IL 60061** | **Unsecured Claims** | **$ 1,475.00** |
| **4. American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | **Unsecured Claims** | **$ 1,279.00** |
| **5. AT&T Midwest**<br>**c/o CBCS**<br>**P.O. Box 69**<br>**Columbus, OH 43216** | **Unsecured Claims** | **$ 148.39** |

In re:    **Paul S Heyer**

Case No. _____

| | | | |
|---|---|---|---|
| **6.** | **Aurora Loan Services**<br>**2617 College Park**<br>**Scottsbluff, NE 69361** | **Unsecured Claims** | **$ 147,250.00** |
| **7.** | **Bank of America Home Loans**<br>**P.O. Box 650070**<br>**Dallas, TX 75265-0070** | **Unsecured Claims** | **$ 191,000.00** |
| **8.** | **Brandon Kolaski**<br>**1715 Glenview Road**<br>**Glenview, IL 60025** | **Unsecured Claims** | **$ 3,000.00** |
| **9.** | **Care Credit/GEMB**<br>**P.O. Box 981439**<br>**El Paso, TX 79998** | **Unsecured Claims** | **$ 1,467.00** |
| **10.** | **Chase**<br>**c/o Plaza Associates**<br>**JAF Station, P.O. Box 2769**<br>**New York, NY 10116-2769** | **Unsecured Claims** | **$ 49.61** |
| **11.** | **Chase - Pier 1**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$ 303.00** |
| **12.** | **Chase Bank**<br>**c/o Client Services**<br>**3451 Harry Truman Blvd**<br>**St. Charles, MO 63301-4047** | **Unsecured Claims** | **$ 303.50** |
| **13.** | **Chase BP**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$ 283.00** |
| **14.** | **Citibank CBSD NA**<br>**701 E 60th St N**<br>**Sioux Falls, SD 57104** | **Unsecured Claims** | **$ 8,100.00** |

In re:    **Paul S Heyer**                                          Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Citimortgage**<br>**P.O. Box 9438 Dept O**<br>**Gaithersburg, MD 20898-9438** | **Secured Claims** | **$ 234,194.00** |
| 16. | **City of Harvard**<br>**P.O. Box 310**<br>**Harvard, IL 60033-0310** | **Unsecured Claims** | **$    742.50** |
| 17. | **CMS/E-Trade Bank**<br>**101 Crossways Park**<br>**Woodbury, NY 11797** | **Unsecured Claims** | **$ 10,569.00** |
| 18. | **Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** | **Unsecured Claims** | **$    247.17** |
| 19. | **Discover Card**<br>**P.O. Box 3008**<br>**New Albany, OH 43054-3008** | **Unsecured Claims** | **$  3,260.12** |
| 20. | **Discover Financial Services**<br>**P.O. Box 15316**<br>**Wilmington, DE 19850-5316** | **Unsecured Claims** | **$  6,413.00** |
| 21. | **Dish Network**<br>**Dept. 0063**<br>**Palatine, IL 60055** | **Unsecured Claims** | **$     52.41** |
| 22. | **Elliott Pollock**<br>**111 W Washington**<br>**Chicago, IL 60602** | **Unsecured Claims** | **$      0.00** |
| 23. | **Exxon Mobil/Citibank**<br>**Credit Bureau Disp**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117-6497** | **Unsecured Claims** | **$    188.00** |

In re:   **Paul S Heyer**                                          Case No. _____

| 24. | **FFCC-Columbus**<br>**P.O. Box 20790**<br>**Columbus, OH 43220** | **Unsecured Claims** | **$   221.00** |
| 25. | **Franklin Collection Svc**<br>**2978 W Jackson**<br>**Tupelo, MS 38803** | **Unsecured Claims** | **$   90.00** |
| 26. | **GEMB/JCP**<br>**P.O. Box 981402**<br>**El Paso, TX 79998** | **Unsecured Claims** | **$   360.00** |
| 27. | **HSBC Saks Fifth Avenue**<br>**P.O. Box 15521**<br>**Wilmington, DE 19805** | **Unsecured Claims** | **$   478.00** |
| 28. | **IHP, S.C.**<br>**IHC - Libertyville**<br>**Emergency Physicians**<br>**P.O. Box 3261**<br>**Milwaukee, WI 53201** | **Unsecured Claims** | **$   215.00** |
| 29. | **Infinity Healthcare**<br>**111 E. Wisconsin Ave.**<br>**Suite 2100**<br>**Milwaukee, WI 53202** | **Unsecured Claims** | **$   64.40** |
| 30. | **Infinity Healthcare**<br>**Red Hills Emergency Phys**<br>**111 E Wisconsin Ave.**<br>**Suite 2100**<br>**Milwaukee, WI 53202** | **Unsecured Claims** | **$   494.08** |
| 31. | **Infinity Healthcare Phys., SC**<br>**c/o Pendrick Capital Partners**<br>**Virtuoso Sourcing Group**<br>**P.O. Box 5818**<br>**Denver, CO 80217-5818** | **Unsecured Claims** | **$   236.00** |
| 32. | **Infinity Healthcare Physicians**<br>**c/o Kenosha Emergency Physicans, LLC**<br>**P.O. Box 3261**<br>**Milwaukee, WI 53201-3261** | **Unsecured Claims** | **$   228.00** |

In re:     **Paul S Heyer**                                              Case No. _____

| | | | |
|---|---|---|---|
| 33. | **James Martin**<br>**c/o Barbara Martin**<br>**807 Oceola Dr**<br>**Algonquin, IL 60102** | **Unsecured Claims** | **$  1,500.00** |
| 34. | **JP Morgan/Chase Bank**<br>**P.O. Box 260180**<br>**Baton Rouge, LA 70826** | **Unsecured Claims** | **$      81.11** |
| 35. | **Keynote Consulting**<br>**220 W Campus Dr**<br>**Suite 102**<br>**Arlington Heights, IL 60004** | **Unsecured Claims** | **$    103.00** |
| 36. | **Keynote Consulting**<br>**220 W Campus Dr**<br>**Suite 102**<br>**Arlington Heights, IL 60004** | **Unsecured Claims** | **$    216.00** |
| 37. | **Lake County Head & Neck**<br>**222 S Greenleaf St., #106**<br>**Gurnee, IL 60031** | **Unsecured Claims** | **$    221.00** |
| 38. | **Lake Shore Pathologists, S.C.**<br>**520 E 22nd St**<br>**Lombard, IL 60148** | **Unsecured Claims** | **$      97.00** |
| 39. | **Marathon Ashland**<br>**539 S Main Street**<br>**Findlay, OH 45840** | **Unsecured Claims** | **$    186.40** |
| 40. | **Marathon Ashland Petro**<br>**539 S Main Street**<br>**Findlay, OH 45840-3229** | **Unsecured Claims** | **$    592.48** |
| 41. | **MDC Environmental**<br>**P.O. Box 673043**<br>**Milwaukee, WI 53267-3043** | **Unsecured Claims** | **$    102.07** |

In re:   **Paul S Heyer**                                                    Case No. _____

| | | | |
|---|---|---|---|
| 42 . | **NCO/Medclear**<br>**P.O. Box 17095**<br>**Wilmington DE 19850** | **Unsecured Claims** | **$    64.00** |
| 43 . | **Nicor Gas**<br>**c/o Harris & Harris**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | **Unsecured Claims** | **$    25.19** |
| 44 . | **Nicor Gas**<br>**P.O. Box 8350**<br>**Aurora, IL 60507-8350** | **Unsecured Claims** | **$   370.63** |
| 45 . | **North Shore University Health System**<br>**23056 Network Place**<br>**Chicago, IL 60673-1230** | **Unsecured Claims** | **$   186.40** |
| 46 . | **Oliver Adjustment Co**<br>**3416 Roosevelt Rd**<br>**Kenosha, WI 53142** | **Unsecured Claims** | **$   583.00** |
| 47 . | **Orchard Medical Center**<br>**543 Orchard St.**<br>**Antioch, IL 60002** | **Unsecured Claims** | **$   146.02** |
| 48 . | **Quest Diagnostics**<br>**c/o Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | **Unsecured Claims** | **$   229.50** |
| 49 . | **Redflex Traffic Systems**<br>**c/o PennCredit**<br>**916 S 14th St**<br>**P.O. Box 988**<br>**Harrisburg, PA 17108-0988** | **Priority Claims** | **$   125.00** |
| 50 . | **Sallie Mae**<br>**P.O. Box 9500**<br>**Wilkes-Barre, PA 18773-9500** | **Unsecured Claims** | **$ 33,378.00** |

In re:  **Paul S Heyer**                                                    Case No. _____

| | | | |
|---|---|---|---|
| **51.** | **Sears/CBSD**<br>**701 E 60th St N**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | **Unsecured Claims** | **$   945.63** |
| **52.** | **Thomas Chapman, CPA**<br>**461 N Mulford Rd. #2**<br>**P.O. Box 6247**<br>**Rockford, IL 61125-9977** | **Unsecured Claims** | **$   325.00** |
| **53.** | **United Hospital System**<br>**6308 8th Ave**<br>**Kenosha, WI 53143** | **Unsecured Claims** | **$   583.20** |
| **54.** | **Verizon Wireless**<br>**P.O. Box 26055**<br>**Minneapolis, MN 55426** | **Unsecured Claims** | **$ 1,038.73** |
| **55.** | **Verizon Wireless**<br>**P.O. Box 26055**<br>**Minneapolis, MN 55426** | **Unsecured Claims** | **$   799.00** |
| **56.** | **Vista Medical Center**<br>**1324 N Sheridan Rd**<br>**Waukegan, IL 60085** | **Unsecured Claims** | **$ 1,132.00** |
| **57.** | **Vista Medical Center East**<br>**1324 N Sheridan Road**<br>**Waukegan, IL 60085** | **Unsecured Claims** | **$   755.10** |
| **58.** | **Waste Management Residential**<br>**P.O. Box 509**<br>**4836 Brecksville Rd**<br>**Richfield, OH 44286** | **Unsecured Claims** | **$    71.36** |
| **59.** | **Waukegan Clinic Corp.**<br>**1501 E Mockingbird, Ste. 425**<br>**Victoria, TX 77904-4119** | **Unsecured Claims** | **$   234.00** |

In re:    **Paul S Heyer**                                                                    Case No. _____

| | | |
|---|---|---|
| **60.** | **Wells Fargo Auto Finance**<br>**MAC 4031-080**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** | **Unsecured Claims**           **$  6,495.57** |
| **61.** | **Wells Fargo Card Service**<br>**P.O. Box 5445**<br>**Portland, OR 97228** | **Unsecured Claims**          **$ 16,626.00** |
| **62.** | **Windmill Creek Units 2 & 3 HOA**<br>**c/o BP Mgt. Services, Inc.**<br>**P.O. Box 9**<br>**Belvidere, IL 61008** | **Unsecured Claims**           **$  2,215.22** |

In re:    **Paul S Heyer**                                                    Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)


# DECLARATION

 I, **Paul S Heyer** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **8 sheets** (not including this declaration), and that it is true to
the best of my information and belief.



Signature:    **s/ Paul S Heyer** _____

              **Paul S Heyer**

Dated:    **8/25/2011** _____

**B6G (Official Form 6G) (12/07)**

In re: **Paul S Heyer**                                     Case No. _____
_____,                                    **(If known)**
**Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re: **Paul S Heyer**                                    Case No. _____
_____.
                    **Debtor**                                           **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6I (Official Form 6I) (12/07)

In re  **Paul S Heyer**                                    Case No. _____
                    **Debtor**                                         (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Reinders, Inc.** | |
| How long employed | | |
| Address of Employer | **13400 Watertown Plank Road** **Elm Grove, WI 53122-0825** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **1,865.50** | $ | |
| 2. Estimate monthly overtime | $ | **0.00** | $ | |
| 3. SUBTOTAL | $ | **1,865.50** | $ | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **182.02** | $ | |
|    b. Insurance | $ | **0.00** | $ | |
|    c. Union dues | $ | **0.00** | $ | |
|    d. Other (Specify) | $ | **0.00** | $ | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **182.02** | $ | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,683.48** | $ | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | |
| 8. Income from real property | $ | **0.00** | $ | |
| 9. Interest and dividends | $ | **0.00** | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | |
| 11. Social security or other government assistance (Specify) | $ | **0.00** | $ | |
| 12. Pension or retirement income | $ | **0.00** | $ | |
| 13. Other monthly income (Specify) | $ | **0.00** | $ | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,683.48** | $ | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 1,683.48** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

B6J (Official Form 6J) (12/07)

In re **Paul S Heyer**                                          ,     Case No. _____
_____                              **(If known)**
                  **Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of
     expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,407.23 |
|   a. Are real estate taxes included?  Yes ✓  No _____ | | |
|   b. Is property insurance included?  Yes ✓  No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 162.00 |
|     b. Water and sewer | $ | 28.00 |
|     c. Telephone | $ | 48.00 |
|     d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 10.00 |
| 4. Food | $ | 75.00 |
| 5. Clothing | $ | 20.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 0.00 |
|     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 444.16 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,454.39 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ | 1,683.48 |
|   b. Average monthly expenses from Line 18 above | $ | 2,454.39 |
|   c. Monthly net income (a. minus b.) | $ | -770.91 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Paul S Heyer**

_____
Debtor

Case No.  _____

Chapter  **7**  _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  125.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  33,010.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  0.00 |
| TOTAL | $  33,135.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  1,683.48 |
| Average Expenses (from Schedule J, Line 18) | $  2,454.39 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  2,905.00 |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re  **Paul S Heyer**

Debtor

Case No. _____

Chapter  **7** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   66,294.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   125.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   456,694.27 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   522,988.27 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re **Paul S Heyer** _____,  Case No. _____

Debtor

Chapter **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    167,900.00 | | |
| B - Personal Property | YES | 3 | $    3,910.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $    234,194.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $    125.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $    456,694.27 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    1,683.48 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $    2,454.39 |
| TOTAL | | 29 | $    171,810.00 | $    691,013.27 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Paul S Heyer** _____     Case No. _____
                        **Debtor**                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  _____**31**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **8/25/2011** _____          Signature:  **s/ Paul S Heyer** _____
                                                            **Paul S Heyer**
                                                                              Debtor
                                                    [If joint case, both spouses must sign]

_____

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:  **Paul S Heyer**
_____,          Case No. _____

                         Debtor                                                             (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **9,267.00** | **Employment** | **2009** |
| **1,299.00** | **Employment** | **2011 YTD** |

### 2.  Income other than from employment or operation of business

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **10,720.00** | **Unemployment Compensation** | **2010** |
| **8,176.00** | **Unemployment Compensation** | **2011 YTD** |

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None ☐   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Windmill Creek Units 2 & 3 HOA** | **4/15/2011** | **1,500.00** | |

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **People v. Paul Heyer 11 CM 501** | **criminal proceeding** | **19th Judicial Circuit 18 N County Street Waukegan, IL 60085** | **pending** |
| **Heyer v. Heyer 11 OP 145** | **Order of Protection** | **19th Judicial Circuit 18 N County Street Waukegan, IL 60085** | **pending** |
| **Windmill Creek Units 2 & 3 Homeowners Association v. Paul Heyer 11 LM 673** | **forcible** | **19th Judicial Circuit 18 N County Street Waukegan, IL 60085** | **pending** |
| **Heyer v, Heyer 11 D 145** | **divorce** | **19th Judicial Circuit 18 N County Street Waukegan, IL 60085** | **pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐     consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
      **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **A123 Credit Counselors** | **04/13/2011** | **25.00** |
| **Christopher J. Fekete** **226 N Martin Luther King Jr. Ave** **Waukegan, IL 60085** | | **2,100.00** |

## 10. Other transfers

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑     debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
      (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑     self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑     sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
      savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
      credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
      filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
      both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.      List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
|      |      |      |      |      |

None
☑

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME _____        ADDRESS _____

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **8/25/2011**                          Signature     **s/ Paul S Heyer**
                                             of Debtor     **Paul S Heyer**

B 8 (Official Form 8) (12/08)

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

</div>

In re _____**Paul S Heyer**_____,    Case No. _____
<div align="center">Debtor</div> <div align="right">Chapter 7</div>

<div align="center">

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

</div>

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No.  1

| **Creditor's Name:** <br><br> **Citimortgage** | **Describe Property Securing Debt:** <br><br> **27 Netherlands** <br> **Antioch, IL 60002** |
|---|---|

Property will be *(check one)*:
    ☑ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt      ☑ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

---

Property No.  1

| **Lessor's Name:** <br><br> **None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES     ☐ NO |
|---|---|---|

---

_____0_____  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **8/25/2011**_____     **s/ Paul S Heyer**_____
<div align="right" style="margin-right:30%">**Paul S Heyer**</div>
<div align="right" style="margin-right:30%">Signature of Debtor</div>

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:   **Paul S Heyer**

Case No. _____

Chapter   **7**

_____ Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,100.00** |
| Prior to the filing of this statement I have received | $ | **2,100.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☒ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **8/25/2011**

**s/Christopher J. Fekete**
**Christopher J. Fekete, Bar No.  06241821**

**Christopher J. Fekete**
Attorney for Debtor(s)

---

**CHRISTOPHER J. FEKETE**                    Telephone:  (847) 599-3057
Attorney at Law                                   Facsimile:  (847) 599-3132
226 N Martin Luther King Jr. Avenue
Waukegan, Illinois 60085

# ATTORNEY
## RETAINER AGREEMENT

     I, David Cardoso, hereby retain and employ **CHRISTOPHER J. FEKETE** as my attorney to conduct a case involving bankruptcy. In consideration for legal services rendered, I agree to pay my attorney a retainer of $_____to be applied to a flat fee of $1,800.00, plus filing fee of $299.00.

    1.    Attorney shall provide Client with the following services:

        a.    Review and analyze Client's financial circumstances based on information provided by Client.

        b.    If possible and to the extent possible, based on the information provided by Client, advise Client of the Clients options, including but not limited to bankruptcy options.

        c.    Inform Client what information Client needs to provide Attorney in order to allow Attorney to provide appropriate advice and option information, in the event such information Client provided is insufficient.

        d.    Advise Client of the appropriate requirements in connection with the filing of a Chapter 7 or Chapter 13 bankruptcy, including the duties of Client connected with such filing.

        e.    Quote the Client an estimated fee, to the extent possible given the information provided by Client, for the Attorney's service relative to providing bankruptcy assistance or other legal services to Client.

        f.    Assuming that a U.S. Bankruptcy proceeding is filed, Attorney services will include all typical Attorney required participation in such proceeding, including but not limited to, appearances at Court hearings, preparation of legal memoranda, and communication with opposing counsel and parties.

        g.    If Client's proceeding requires additional, but not customary work, Attorney will inform Client directly, and enter into a separate written contract for such services to fully apprise Client of the fees, payment requirements, and expected services to be provided.

    2.    Client acknowledges his/her obligation to make full and complete disclosure of all assets and all liabilities, and to provide all documents and information requested by the Attorney, before the bankruptcy petition can be prepared and filed with the court.

    3.    Client acknowledges that he/she must attend pre-petition credit counseling before the bankruptcy petition can be filed. Client understands that he/she must also attend post-petition counseling after the bankruptcy petition is filed and within the time frame allowed by statute. Client acknowledges that the bankruptcy cannot be filed without the certificate of completion of the pre-bankruptcy credit counseling. Client understands that no discharge of debts will be issued if the post-bankruptcy credit counseling is not completed within the statutory time frame.

    4.    Client acknowledges that Attorney does not represent Client in any other type of case, lawsuit or proceeding other than Client's bankruptcy case. The Attorney may make a special appearance in a court, other than the Bankruptcy Court, for the purpose of filing a notification of Client's bankruptcy proceedings, and to suggest to another court that Client's proceedings should be stayed. Sending or receiving any summons or complaint, or notifying the Attorney of a pending lawsuit does not obligate the Attorney to represent Client in that lawsuit or before that court. Any representation of Client in a state court proceeding, including without limitation: collection lawsuits, foreclosure lawsuits, and etc., is not

**CHRISTOPHER J. FEKETE**　　　　　　　　　　Telephone:  (847) 599-3057

Attorney at Law　　　　　　　　　　　　　　　　Facsimile:  (847) 599-3132

226 N Martin Luther King Jr. Avenue

Waukegan, Illinois 60085

included in this Bankruptcy Retainer Agreement. Any referral made to another Attorney to represent Client is a courtesy only. The Attorney is not associated with any other Attorney outside of the undersigned Attorney's law offices.

　　　　5.　　　Client acknowledges that the Attorney will not research creditor information, including addresses, account numbers, or balances.  The Client must provide this information to the Attorney in writing.  Failure to do so may result in unscheduled debts subject to non-dischargeability.

　　　　6.　　　Client agrees that the following matters are not included within the scope of this Bankruptcy Retainer Agreement. Client agrees that, as to the matters listed below, the Attorney will not take any action on Client's behalf, without a written request and/or a separate Retainer Agreement and possibly an additional retainer:

　　　　　　a.　　　Motions to revoke a discharge.

　　　　　　b.　　　Removal of a pending action in another court.

　　　　　　c.　　　Obtaining title reports.

　　　　　　d.　　　The determination of real estate or tax liens.

　　　　　　e.　　　Appeals to the BAP, District Court or Court of Appeals.

　　　　　　f.　　　Correcting credit reports.

　　　　　　g.　　　Negotiations with Check Systems regarding Client.

　　　　　　h.　　　Motions to Dismiss clients' bankruptcy case filed by the Trustee, U.S. Trustee, or any creditor.

　　　　　　i.　　　Any adversary proceeding filed by the Trustee, U.S. Trustee, or any other party on any basis. including, without limitations, proceedings to determine dischargeability of debts.

　　　　　　j.　　　Preparing reaffirmation agreements, negotiating the terms of reaffirmation agreements proposed by creditors, motions to redeem personal property, and negotiating reaffirmation agreements when Client's income is not sufficient to rebut the presumption of undue hardship and special circumstances do not warrant the signing of a reaffirmation agreement.

　　　　　　k.　　　Motion to impose or extend the bankruptcy stay.

　　　　7.　　　Client understands that certain debts cannot be discharged in bankruptcy. Client agrees that Client is still liable to repay any debt not discharged in Client's bankruptcy. Client understands that the debts listed below are common examples of the types of debts that cannot be discharged in bankruptcy. Client further understands that the list of nondischargeable debts may be expanded by legislation or court decisions and Attorney has no control over the type of debts that may be or become non-dischargeable.

　　　　　　a.　　　Certain types of taxes, custom duties, or debts to pay taxes or custom duties.

　　　　　　b.　　　Student loans.

　　　　　　c.　　　Debts owed for spousal or child support.

　　　　　　d.　　　Debts owed to the spouse, former spouse, or child in a domestic relations proceeding.

　　　　　　e.　　　Debts arising from a previous bankruptcy wherein discharge of that particular debt was waived.

　　　　　　f.　　　Debts owed for money, property, services, extension-or-removal, or refinancing of credit, if obtained by false pretenses, or false representations, or actual fraud.

　　　　　　g.　　　Consumer debts for luxury goods obtained within ninety (90) days of the date of filing of the bankruptcy petition.

　　　　　　h.　　　Cash advances obtained within seventy (70) days of the date of the filing of the bankruptcy petition.

**CHRISTOPHER J. FEKETE**                    Telephone:  (847) 599-3057
Attorney at Law                              Facsimile:  (847) 599-3132
226 N Martin Luther King Jr. Avenue
Waukegan, Illinois 60085

       i.     Debts owed for fraud or defalcation while acting in a fiduciary capacity, or embezzlement or larceny.

       j.     Debts owed for fines, penalties, or forfeitures payable to and for the benefit of governmental entity.

       k.     Debts owed for death or personal injury arising from the operation of a motor vehicle, boat, or aircraft while intoxicated by drugs or alcohol.

       8.     Client understands that filing bankruptcy does not automatically discharge or remove liens from any real estate. Client agrees that the Attorney will not take any action to avoid (remove) any lien on real estate unless Client specifically authorizes the Attorney to do so in writing Client agrees that the Attorney will rely on Client's statements concerning ownership of real property and any liens attached to Client's real property. Client agrees that no real estate title search will be conducted. Client agrees that Attorney will not conduct a public records search for lawsuits filed against Client or judgments granted against Client. Client must separately order and pay for a real estate title search, or public records search for lawsuits or judgments, if client wishes to obtain one.  Client agrees to hold the Attorney harmless if client later discovers liens, lawsuits or judgments against Client or against Client's real estate.

       9.     Client understands that individuals who file for relief under Chapter 7 or Chapter 13 of the Bankruptcy Code are subject to audits by the U.S. Trustee. If Client's case is selected for an audit, Client agrees to pay Attorney the customary hourly rate for representing Client in such audit.

       10.     Client understands that Attorney may charge additional fees if Client waits longer ninety (90) days from the first date Attorney is retained to finalize the bankruptcy petition and schedules due to additional due diligence and other update work required to finalize the bankruptcy.

     I have read this and understand the above agreement entered into at Waukegan, Illinois this 12th day of December, 2010.


_____       _____
ATTORNEY                                      Paul S. Heyer

I hereby acknowledge receipt of a copy of this agreement.   _____.
                                         (Signature)                    (Date)

**B 201A** (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

Form B 201A, Notice to Consumer Debtor(s)                                                                    Page 2

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re  **Paul S Heyer** _____  Case No. _____

           **Debtor**

Chapter ____ **7** ____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

I , the debtor, affirm that I have received and read this notice, as required by § 342(b) of the Bankruptcy Code.

| Paul S Heyer | X **s/ Paul S Heyer** | **8/25/2011** |
|---|---|---|
| Printed Name of Debtor | **Paul S Heyer** | |
| | Signature of Debtor | Date |
| Case No. (if known) _____ | | |

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.